**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-8120**

———————

GEORGE ALLEN PORTER,

Petitioner - Appellant,

versus

EDWARD W. MURRAY,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-94-433-AM)

———————

Submitted: May 14, 1996        Decided: June 13, 1996

———————

Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curam opinion.

———————

George Allen Porter, Appellant Pro Se. Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Allen Porter appeals from a district court decision, issued after remand, granting summary judgment in favor of Respondent. We have reviewed the district court opinion and find no reversible error. Therefore, we affirm substantially on the reasoning of the district court. <u>Porter v. Murray</u>, No. CA-94-433-AM (E.D. Va. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>